IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Donaldson Twyman

Plaintiff

vs.

S & M Auto Brokers, Saed Ihmud, and Mohammed Ihmud

Defendants.

16 cv 4182

Hon. Virginia Kendall

**MOTION TO STAY DISCOVERY AND CASE IN GENERAL**

NOW COMES the Defendants S&M Auto Brokers, Inc., Saed Ihmud and Mohammed Ihmud (collectively, "Defendants") by and through their Attorney Joel A. Brodsky and moves this Court for an Order staying discovery and the case in general until after September 12, 2016. In support of this motion the Defendants states:

1. This case concerns the sale of a used car the sales price of which was approximately $29,000 (if memory serves).

2. The last time this case was before the Court was on August 17, 2016, at which time the attorney for the Defendants informed the Court and Plaintiffs attorney that he would be in Italy from August 20, 2016 through September 12, 2016.

3. The Defendants attorney has access to his e-mails in Italy (for emergency purposes), and also has a European telephone number (also for emergencies). Therefore, he has the ability to receive and respond to e-mails while on vacation in Italy, (perhaps a big mistake, but it has worked in the past). He has also, obviously, brought his laptop with him.

4. In the above referenced case the Defendants attorney has been receiving at least one (1) discovery pleading each day since August 22, 2016 (given the time difference of seven (7) hours what is sent from Chicago on Monday morning is actually sent in the middle of the night Sunday/Monday).

5. These pleadings include a "Second Request to Admit Facts" (of over 45 separate "facts", which brings to over 90 such requests given the "First Request to Admit Facts"), which was sent twice, at least two (2) deposition notices, at least two (2) subpoena notices, and a number of e-mails on various emails.

6. Also, one of these pleadings include a Motion to Compel Discovery which is noticed to be presented on September 26, 2016. While this date is after Defendants Attorneys return, there is insufficient time for the Defendants Attorney to respond to this motion given everything else that is being done, along with everything on his other cases that will surely be waiting for Defendants attorney upon his return.

7. Given the size of this case, this amount of discovery is not proportional to what is at stake in this case, even if the Defendants attorney were not on another continent. For this to be done while Defendants attorney is on vacation is unconscionable.

8. Also, there is a motion to dismiss pending which challenges the Courts subject matter jurisdiction, which is not yet briefed because Defendants reply is not due until several weeks until after Defendants attorney returns to work.

9. Plaintiffs' attorney is acting like someone who is entitled to a large award of money, and he would have it except for the annoying fact that the Defendants are putting up a defense and denying they committed any wrong.

10. Since Plaintiffs attorney cannot seem to restrain himself from working on this

case, the Defendant asks that this Court stay discovery and stay all further proceedings in this case until September 13, 2016.

11. It is hoped that this Court can set a status on September 13, 2016 at 9:00 a.m. (or 9:30 am or 10:00 am), at which time the issue of proportionality of discovery can be addressed.

WHEREFORE, Defendants pray that this Court enter an Order staying discovery and all proceedings in this matter until September 13, 2016, and further set this matter for status on September 13, 2016, on the issues of discovery and proportionality, and for such other relief as the Court deems fit.

Respectfully submitted,

/s/ Joel A. Brodsky
Attorney for Defendants

Joel A. Brodsky
Attorney for Defendants
8 S. Michigan Ave., Suite 3200
Chicago IL 60603
(312) 541-7000
jbrodsky@joelbrodskylaw.com