**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONALD TWYMAN,<br><br>Plaintiff,<br><br>v.<br><br>S & M AUTO BROKERS, INC. et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:16-cv-04182<br><br>Honorable Virginia Kendall |

**DEFENDANT'S MOTION TO WITHDRAW CERTAIN FILINGS**

Defendant S&M Auto Brokers and its undersigned counsel, after consultation with ethics counsel, move this Honorable Court to withdraw the following filings:

1. Reply in Support of S&M Auto Brokers Motion *In Limine* Regarding Expert Witnesses and for Other Relief (D.E. 102)

2. Motion for an Order Holding Plaintiff's "Expert" Witness Donald Szczesniak in Indirect Criminal Contempt of Court and to Refer this Matter to the United States Attorney (D.E. 108)

3. Motion for Sanctions Regarding Plaintiff's Declared "Expert" Donald Szczcesniak (sic) (D.E. 121)

4. Reply in Support of Sanctions Motion for Sanctions Regarding Plaintiff's Declared "Expert" Donald Sczczesniak (sic) (D.E. 138)

5. Response to Donald Szczesniak's Motion for Leave to File Response or Sur-Reply to Defendant's Motion for Sanctions (D.E. 142)

6. Reply to Response of Donald Szczesniak to Defendants Motion for Sanctions Regarding Defendants Expert Donald Szczesniak (D.E. 150)

Respectfully submitted,

By: /s/ Joel Brodsky
Attorney for Defendant

Joel A. Brodsky
8 South Michigan Avenue
Suite 3200
Chicago, Illinois 60603
(312) 541-7000
jbrodsky@joelbrodskylaw.com
*Attorney for Defendant*