# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DONALD TWYMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:16-cv-04182 |
| S & M AUTO BROKERS, INC. et al., | ) ) Honorable Virginia M. Kendall |
| Defendants. | ) ) |
| JOEL A. BRODSKY, | ) ) |
| Respondent-Appellant. | ) ) |

## NOTICE OF APPEAL

TO:   ALL PARTIES OF RECORD

NOTICE IS HEREBY GIVEN that Joel A. Brodsky, former counsel for Defendant S & M Auto Brokers, Inc. in the above named case, by and through his attorneys, Gordon Rees Scully Mansukhani, LLP, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order imposing sanctions against him entered in this action on the 28th day of March, 2018.

Dated: April 16, 2018

Ryan T. Brown
Brian M. Roth
Gordon Rees Scully Mansukhani, LLP
One North Franklin Street
Suite 800
Chicago, Illinois 60606
(312) 565-1400
rtbrown@grsm.com
broth@grsm.com
*Attorneys for Joel A. Brodsky*

Respectfully submitted,
By:   /s/ Ryan T. Brown
      Attorney for Joel A. Brodsky

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DONALD TWYMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:16-cv-04182 |
| S & M AUTO BROKERS, INC. et al., | ) ) Honorable Virginia M. Kendall |
| Defendants. | ) ) |
| JOEL A. BRODSKY, | ) ) ) |
| Respondent-Appellant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018, my office electronically filed Joel A. Brodsky's Notice of Appeal using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: April 16, 2018                                    Respectfully submitted,

Ryan T. Brown                                            By:  /s/ Ryan T. Brown
Brian M. Roth                                                 Attorney for Joel A. Brodsky
Gordon Rees Scully Mansukhani, LLP
One North Franklin Street
Suite 800
Chicago, Illinois 60606
(312) 565-1400
rtbrown@grsm.com
broth@grsm.com
*Attorneys for Joel A. Brodsky*